IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 DEC 18 AM 10: 05
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

HONESTECH, INC.,
        Plaintiff,

-vs-

SONIC SOLUTIONS,
        Defendant.

Case No. A-08-CA-922-SS

## ORDER

BE IT REMEMBERED that on the 17th day of December 2009, the Court called the above-styled cause for a status conference, and the parties appeared either in person or through counsel. The Court confirms its announcements with the following written orders:

    IT IS ORDERED that the case REMAINS SET for docket call on **January 29, 2010**, at 11:00 a.m. in Courtroom 2 of the United States Courthouse, 200 W. Eighth Street, Austin, Texas, with a **JURY trial** in the month of **February 2010**, and each side shall be allowed **TEN (10) HOURS** in trial, beginning with opening statement and continuing through the close of evidence (including direct examination, cross-examination, and rebuttal). The parties agree to a jury of seven with a verdict by no less than five.

    IT IS FURTHER ORDERED that at docket call, the parties shall submit a short, one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.



IT IS FURTHER ORDERED that each party shall file within **ten (10) calendar days** of the entry of this order the attached "Notice Concerning Reference to United States Magistrate Judge."

IT IS FINALLY ORDERED that a letter shall be faxed to the Court on or before **Monday, December 21, 2009** indicating the status of the discovery issues discussed at the status conference. If those issues have not been resolved, they will be referred to the Magistrate Judge as indicated at the status conference.

SIGNED this the __17th__ day of December 2009.

*/s/ Sam Sparks*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HONESTECH, INC.,
        Plaintiff,

-vs-                                                Case No. A-08-CA-922-SS

SONIC SOLUTIONS,
        Defendant.

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _____

through counsel: _____

hereby (select one):

    ☐    consents to having a United States Magistrate Judge preside over the trial in this case.

    ☐    declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: _____
Attorney for:
_____